# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Nipul Patel

              V.                          **JUDGMENT IN A CIVIL CASE**

Remec Incorporated;
Ronald E. Ragland;
Robert W. Shaner;                        **CASE NUMBER:**   04cv1971-MMA(WMc)
Winston E. Hickman

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Court dismisses this civil action with prejudice. Judgment shall be entered in favor of Defendants and this case shall be closed.

| June 7, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ L. Hammer |
| | (By) Deputy Clerk |
| | ENTERED ON June 7, 2010 |